IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02651–MSK–KMT

SAMUEL G. LIVINGSTON,

    Plaintiff,

v.

JOHN R. LIVINGSTON,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Amended Unopposed Motion for Leave to File an Amended Complaint" (Doc. No. 19, filed March 15, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file "Plaintiff's First Amended Complaint" (Doc. No. 19-1).

Dated: March 20, 2012