IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02651-MSK-KMT

SAMUEL G. LIVINGSTON,

      Plaintiff,

v.

JOHN R. LIVINGSTON,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#26)** filed July 23, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 23rd day of July, 2012.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge